# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEVIN T. CEDENO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
and
BRIAN WILLIAMS, WARDEN,
Real Party in Interest.

No. 78424

FILED

APR 10 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

In this original petition for a writ of habeas corpus, pro se petitioner challenges the validity of his judgment of conviction by guilty plea, alleging that he is actually innocent and that he received ineffective assistance of counsel. Without deciding upon the merits of any claims raised, we decline to exercise our original jurisdiction. *See* NRAP 21; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). A challenge to the validity of a judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance. NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

19-15738

cc: Devin T. Cedeno
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk